Andora D. PEDDRICK, Petitioner,

v.

WISSAHICKON SCHOOL DISTRICT,
Respondent.

Supreme Court of Pennsylvania.

May 29, 1998.

## ORDER

**PER CURIAM:**

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED**, the Order of the Superior Court is **REVERSED**, and the matter is **REMANDED** to the Court of Common Pleas of Montgomery County consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998), *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998) and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1104 (1998).

■

Christine D. CHASE and Leroy
G. Chase, Petitioners

v.

NATIONAL FUEL GAS CORPORATION,
Respondent.

Supreme Court of Pennsylvania.

June 1, 1998.

*AMENDED ORDER*

**PER CURIAM:**

AND NOW, this 1st day of June, 1998, we **GRANT** the Petition for Allowance of Appeal and we **REVERSE** the order of the Superior Court. We **REMAND** the matter to the Court of Common Pleas of Erie County consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998) and *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).

SAYLOR, J., did not participate in the consideration or decision of this matter.